FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, May 12, 2021

12th Court of Appeals Clerk
Katrina McClenny
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

**Re:** Warren, James Earl
**CCA No.** PD-0117-21
**Trial Court Case No.** 007-0351-18

**COA No.** 12-20-00156-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc: Presiding Judge 7th District Court (Delivered Via E-Mail)
District Clerk Smith County (Delivered Via E-Mail)
District Attorney Smith County (Delivered Via E-Mail)
Amy R. Blalock (Delivered Via E-Mail)
Stacey M. Soule (Delivered Via E-Mail)